[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10325

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ANTARIOUS CALDWELL,
a.k.a. Fat,
a.k.a. Phat,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                     Opinion of the Court                    24-10325

D.C. Docket No. 1:16-cr-00145-TWT-JKL-39

——————————————

Before WILLIAM PRYOR, Chief Judge, and WILSON and LUCK, Circuit Judges.

PER CURIAM:

Adam Hames, appointed counsel for Antarious Caldwell in this resentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Additionally, Caldwell has moved *pro se* for appointment of new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Caldwell's sentences are **AFFIRMED**. Further, Caldwell's motion to appoint new counsel is **DENIED** as moot.